FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Nov 1, 2018
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES for the use and benefit of ArCOM SYSTEMS, INC. | PLAINTIFF |
| VS.        CASE NO.: 18-5215 | |
| ZURICH AMERICAN INSURANCE COMPANY; PREMIER IEC, LLC; and ZIESON CONSTRUCTION COMPANY, LLC | DEFENDANTS |

## COMPLAINT

Plaintiff United States for the use and benefit of ArCom Systems, Inc. ("ArCom") by and through undersigned counsel, and for its Complaint pursuant to the Federal Miller Act seeking to collect moneys owed on federally bonded project states:

1. ArCom is an Arkansas corporation in good standing with its principal place of business in Pulaski County, Arkansas.

2. Zurich American Insurance Company ("Zurich") is an insurance company doing business in and throughout Arkansas, particularly Washington County, Arkansas.

3. Zieson Construction Company, LLC ("Zieson") is a foreign limited liability company but does business in and throughout Arkansas particularly Washington County, Arkansas. Zieson is listed as a forfeited entity with the Kanas Secretary of State.

4. Premier IEC, LLC is an Arkansas limited liability company doing business throughout Arkansas.

5. This Court has subject matter jurisdiction pursuant to 40 U.S.C. Section 3131 to 3134 (the "Miller Act" relating to federally bonded construction projects).

6. ArCom provided equipment, materials and labor to Zieson for a job on which Zieson was the contractor on a construction project known as VA Medical Center-Renovate Leroy Pond Fayetteville, Washington County, Arkansas.

7. ArCom has demanded and requested payment from Zieson in the total amount of $82,657.53. However, Zieson has failed and refused to pay the amounts owed to ArCom.

8. Prior to beginning work on these particular jobs, Defendant Zieson obtained a surety bond from Defendant Zurich. The bond number is PRF921197.

9. Plaintiff ArCom has made demand for payment from Zieson and timely submitted a claim to Zurich but the Defendants have refused to make timely and proper payment. See attached hereto and incorporated herein by reference as Exhibits "A" and "B" a copy of the demand letter and claim forms.

10. As of the present date, Defendant are indebted to the Plaintiff in the total amount of $82,657.53.

11. Plaintiff demands judgment of and from the Defendants, jointly and severally, in the amount of $82,657.53.

12. That pursuant to the Miller Act, Plaintiff seeks and is entitled to recover attorney's fees, Court costs and pre and post judgment interest.

13. Plaintiff demands trial by jury.

14. Plaintiff reserves the right to amend and plead further.

WHEREFORE, Plaintiff moves and prays for judgment of and from defendants, jointly and severally, in the total amount of $82,657.53; for Court costs and attorney's

fees; for pre and post judgment interest; for the right to amend and plead further and for all other just and proper relief to which it is entitled.

Respectfully submitted:

_____
Danny R. Crabtree (2004006)
Attorney at Law
114 S. Pulaski
Little Rock, AR  72201
(501) 372-0080
danny.crabtree@sbcglobal.net